# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH W. BOOTH & MARGARET A. BOOTH, | § § § | No. 100, 2019 |
| Appellants Below, Appellants, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No. S18A-08-001 |
| SECRETARY M. SHAWN GARVIN & DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL, | § § § § § § § | |
| Appellees Below, Appellees. | § § | |

Submitted: August 21, 2019
Decided: September 4, 2019

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 4th day of September, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its February 6, 2019 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice